UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    KEITH T. BYNOG

CASE NO. 20-43919-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR.
_____/

RONALD S. SIEGEL (P34082)
Attorney for Debtor
30150 Telegraph Road #444
Bingham Farms, MI 48025-4549
(248) 646-4600
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 23rd day of June, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Krispen S. Carroll | Ronald S. Siegel |
| Trustee | Attorney at Law |
| 719 Griswold, Suite 1100 | 30150 Telegraph Road #444 |
| Detroit, MI 48226 | Bingham Farms, MI 48025-4549 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  June 23, 2020